TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
  Social Security Administration
  160 Spear St., Suite 800
  San Francisco, CA  94105
  Telephone:  (415) 977-8933
  Facsimile:  (415) 744-0134
  Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOHN DEAN WORDEN,<br><br>  Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | No. 5:20-cv-01874-KES<br><br>**[PROPOSED]**<br>**JUDGMENT OF REMAND** |

  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: April 21, 2021

_Karen E. Scott_
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE